19ᵀᴴ JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NUMBER 601843  DIVISION "26"

**KELLY LEDUFF**

**VERSUS**

**ILLINOIS CENTRAL RAILROAD COMPANY, A
SUBSIDIARY OF CANADIAN NATIONAL RAILROAD**

*********************************************

**PETITION**

The Petition of Kelly LeDuff, a resident of the full age of majority of Ascension Parish, Louisiana, respectfully represents:

1.

Made defendant herein is Illinois Central Railroad Company, a subsidiary of Canadian National Railroad, (hereinafter "CNR"), a corporation authorized and actually doing business in East Baton Rouge Parish, Louisiana, which is justly and truly indebted unto Petitioner for all sums as are reasonable under the premises, punitive damages as allowed by law, attorney's fees, all costs of these proceedings, legal interest thereon from the date of demand until paid, and all such other relief to which Petitioner is entitled at law or in equity.

2.

On June 11, 2010, Petitioner was hired by CNR as a Trainmaster. Petitioner is a black male. At all pertinent times, Petitioner was an "employee" of defendant within the meaning and intent of Federal and Louisiana law. At all pertinent times, defendant was Petitioner's "employer" within the meaning and intent of Federal and Louisiana law and employed greater than 500 individuals.

3.

At all pertinent times, Joey Bellamy was an agent of Defendant and Petitioner's supervisor with immediate and successfully higher authority over Petitioner.

4.

Throughout his employment and specifically after Bellamy became Petitioner's supervisor and continuing through the present, Petitioner was subjected to unwelcome race-based harassment and discrimination consisting of, but not limited to, the following:

    1. Being subjected to race-based constant, open, obvious, and pervasive comments and behavior in the workplace directed at Petitioner and/or in his presence as will be



more fully shown at trial;

2. Constantly referring to Petitioner as "cocoa puff";

3. False and wrongful accusations against Petitioner of misconduct;

4. Constantly treating similarly situated white persons move favorably than Petitioner on account of Petitioner's race; and

5. Such other pervasive incidents and/or behavior as will be more fully shown at trial of this matter.

5.

The race-based discrimination and harassment in Petitioner's workplace was open, obvious, pervasive, and unwelcome by Petitioner. Said behavior began shortly after Bellamy became Petitioner's supervisor continued on a constant and frequent basis through the present.

6.

Petitioner repeatedly reported, protested and complained about the illegal discrimination and harassment in his workplace on account of his race to no avail. Petitioner contends that he was harassed, discriminated, and retaliated against on account of his race and protests, reports, and complaints of illegal discrimination/harassment and retaliation in the workplace.

7.

At all times pertinent hereto, defendant failed to have in full force and effect an effective policy regarding illegal workplace harassment, discrimination, or retaliation, and utterly failed to take any adequate steps to remedy the situation in Petitioner's working environment.

8.

Petitioner, at all times, enjoyed the equal right to make and enforce contracts, including that of the employment relationship within the meaning and intent of 42 U.S.C. §1981. Defendant's actions and deliberate inactions impaired and interfered with defendant's rights to make and enjoy contracts free from intrusion on account of race and, hence, defendant is liable unto Petitioner pursuant to 42 U.S.C. §1981.

9.

As a result of the situation sued upon herein, Petitioner sustained damages which include, but are not limited to, severe and extreme emotional distress, mental anguish, humiliation and embarrassment, past and future medical and psychological expenses, physical injuries, past and future lost wages and benefits, loss of earning capacity, and all such other damages as will be more

fully shown at trial of this matter and all for which Petitioner sues for herein.

10.

Petitioner timely filed Charges of Discrimination with the EEOC and LCHR, and has received a Notice of Right to Sue dated February 22, 2011. Petitioner timely sent demand pursuant to La. R.S. 23:301, *et seq.*, and all conditions precedent to his suit under Louisiana's anti-discrimination laws has been met and/or complied with.

11.

The actions and deliberate inactions of the defendant were in wanton and reckless disregard for Petitioner's rights and defendant is thus liable unto Petitioner for punitive damages as allowed by law.

12.

Defendant is liable for attorney's fees pursuant to Federal and Louisiana law.

13.

Petitioner is entitled to and desires an award of all such other relief to which he is entitled at law or in equity.

14.

Petitioner is entitled to and desires trial by jury of this matter.

WHEREFORE, Petitioner, Kelly LeDuff, prays for trial by jury and after due proceedings are had that there be judgment herein in his favor and against defendant, Canadian National Railroad, for all sums as are reasonable under the premises, punitive damages as allowed by law, attorney's fees, all costs of these proceedings, legal interest thereon from the date of demand until paid, and all such other relief to which Petitioner is entitled at law or in equity.

Respectfully submitted,

By: _____
Jill L. Craft, #20922
Attorney at Law, LLC
721 North Street
Baton Rouge, Louisiana 70802
(225) 663-2612

PLEASE SERVE:
Illinois Central Railroad Company
through its agent for service
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, La 70808

FILED May 19 2011
Signed Donise J. Barnet
Dy. Clerk
A True Copy May 19 2011
[signature] Dy. Clerk

19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NUMBER _____   DIVISION "___"

**KELLY LEDUFF**

**VERSUS**

**ILLINOIS CENTRAL RAILROAD COMPANY, A SUBSIDIARY OF CANADIAN NATIONAL RAILROAD**

*********************************************

**VERIFICATION**

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**KELLY LEDUFF**

a resident of the full age of majority of Ascension Parish, Louisiana, who upon being duly sworn did depose and state that he is the Petitioner in the above and foregoing Petition, that he has read same and all facts and allegations contained therein are true and correct.

_____

SWORN TO AND SUBSCRIBED before me, Notary Public, this 10th day of May, 2011.

_____
Angela L. Easley
#65506

FILED May 17, 2011
Signed _____
Dy. Clerk
A True Copy May 19, 2011

_____
Dy. Clerk

| EEOC Form 161-B (11/09) | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|---|
| | **NOTICE OF RIGHT TO SUE** (ISSUED ON REQUEST) |

| To: | Kelly D. LeDuff<br>12056 Kern Place<br>Gonzales, LA 70737 | From: | New Orleans Field Office<br>1555 Poydras Street<br>Suite 1900<br>New Orleans, LA 70112 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2010-00341 | Uma Kandan, Supervisory Investigator | (504) 595-2856 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

FEB 22 2011

Enclosures(s)   Keith T. Hill,   (Date Mailed)
Field Director

cc:  CANADIAN NATIONAL RAILROAD   JILL L. CRAFT
Steven Posey, HRA-CNA Central Division   ATTORNEY AT LAW, LLC
297 Rivergate Road   721 North Street
Memphis, TN 38109   Baton Rouge, LA 70802

2425-11-000315

# CITATION

KELLY LEDUFF
(Plaintiff)

Vs.

ILLINOIS CENTRAL RAILROAD
COMPANY
(Defendant)

NUMBER C601843 SECTION 26

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: *ILLINOIS CENTRAL RAILROAD COMPANY*
THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEMS

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 20-MAY-2011.

Jessica Hughes/Deputy Clerk of Court For
Doug Welborn, Clerk of Court

Requesting Attorney: JILL L CRAFT

Also attached are the following documents:
PETITION

---

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

CT CORPORATION SYSTEMS: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:   $_____
MILEAGE:   $_____
TOTAL:     $_____

_____
Deputy Sheriff



CITATION - 2425

EBR790242